April 25, 2016

U.S. District Judge F. Dennis Saylor, IV
U.S. Moakley Courthouse
One Courthouse Way
Boston, MA   02210

Dear Judge Saylor, IV:

RE:   <u>Reprieve of Catherine Greig.</u>

    She'll give him up.   She already has.

    On a private jet flight remanding Greig and Bulger from California to Boston, Chatty Bulger confessed to FBI agents he "stashed money with people he trusted."

    Catherine Greig knows who those "trusted people" are.  She'll give them up.

    Greig was never known as a workaholic.   She is known as a smart woman. A very smart woman.   And a very vindictive woman.

    A graduate of South Boston High School, a dental hygienist program, and attendance at Northeastern, Greig wanted more than a dental hygienist salary.  The profession left her cold.

    It was Catherine Greig who tracked down her husband's murderer, Whitey Bulger.  Greig's husband had slighted her - with Greig's sister of all people.  She went after Whitey Bulger with a vengeance, hanging around bars he frequented, making herself available, until they were a couple.

    Catherine Greig got what she wanted. She lived knowing she had bested her husband - seeking revenge with Whitey Bulger. What better revenge than to sleep with and become the mole of her husband's murderer.

    The only thing she retained of the dreary profession she trained for was a life-long obsession to have her teeth professionally cleaned - frequently.   She did not have to work.  She had a meal ticket, who bought her a house, provided furs, clothes, jewelry, expensive cars, dinners, furniture, exotic trips, etc.  In her mind, Greig righted the score, in a violent, over-the-top manner,  but that is her sociopathic personality.

    Except Greig wasn't Bulger's main squeeze; that was Teresa Stanley.

Grieg knew where the money came from that supported her, bought her house, and paid for her life style. Bulger admitted that for decades he was Boston's major drug dealer. Unobjected to trial testimony, revealed that the circumference of Bulger's extortion circle knew no borders.

Others try to paint a false picture of a women solely "devoted, kind-hearted, loving, soft-spoken, good citizen, never into drugs, not a violent bone in body, lived crime free, not one to disrespect courts, needs compassion, no information where money is or anyone who helped them on the run, and a target of prosecutors."

Grieg, no wall flower, a voracious reader, with academic success, was intimately involved in her unapologetic, braggart, boyfriend, Whitey Bulger's criminal schemes.

As the rage at her husband's dalliances receded so did the motivation for her alliance with Whitey Bulger. it no longer satisfied her to be "the other woman" in the shadows of Teresa Stanley.

Teresa did not know and no one dared confront Stanley about Greig. True to her vindictive nature, it was Catherine Greig who outed Bulger.

With a vengeance, Greig confronted Teresa face-to-face; told Teresa of her long-term relationship with Bulger; the house he bought her; the financial support he provided; and other intimate details. Greig knew how deeply she hurt Teresa. She also knew Teresa Stanley would confront Bulger. No punishment the court meets out compares with Bulger's ire.

Certain of Bulger's two-timing nature motivated Stanley to cooperate with the FBI after Bulger replaced Stanley with Greig on his 16 yr. run. Stanley disclosed Bulger's false i.d., the car he bought, where he bought it, the money, and other details of Bulger's life on the run.

Unlike Greig, Teresa was soon filled with regret and got word to Whitey what she had told the FBI.

Exposing the psychopathic personalities that appears genetic between the twins (Catherine Grieg and Margaret McCusker), McCusker informs the Court in a fit of delusional thinking that for: "Over 16 years on the run he, (Bulger), was <u>crime free</u>. And "Grieg is the reason." Bolstering her psychotic thinking, McCusker falsely states: Catherine Grieg is the "only person who seemed to have a positive influence on Bulger." No, that was Teresa Stanley.

McCusker's past conviction for lying to the Court about her sister, should be weighted heavily on her latest missive before the Federal Court. A true sociopath, McCusker doesn't know the difference from criminal activity and crime free living.

FBI's 10 most wanted, Catherine Grieg and James Bulger, were captured in a federal government subsidized, state administered, Section 8 apartment, they illegally rented using false, stolen, identities.

Dozens of stolen identities from birth and military certificates to social security and medicare cards, and dozens of stolen, altered, driver's licenses were found in holes in the apartment's walls along with books instructing how to construct fake i.d.s and other identity theft "how to" books.

Assault rifles, shotguns, knives, pistols, handcuffs, high powered guns, grenades, and ammunition galore, totaling more than 30 weapons bought during their 16 years "on the run," were found stuffed in bookcases and holes punched in the illegally-scammed Section 8 apartment walls by Bulger and Grieg. Grieg's influence indicates a violent thinking person, exposing Greig's criminal mind.

The stash would cause envy in most terrorist.

Neither Greig nor Bulger had any visible means of support on their 16 yr. run.

On the day of their capture, in the punched holes of the apartment walls, was $825,000 in cash - unreported and non-taxed.

Found cell phones were not searched to see who aided the duo or indicate who Greig called when White phoned to tell Greig of his arrest in the basement.

Together, Grieg and Bulger conspired to commit fraud and knowingly continued with their criminal schemes for more than 16 years.

By his own admission, Whitey Bulger "stashed money with people he trusted."

That is a phenomenal amount of money. The First National Bank of Boston, the bank of choice for laundering Boston's drug money, was called before a Congressional hearing. The amount of FNB's laundered drug money, as disclosed by investigators during that Congressional hearing, was astronomical.

The day after Menino died, it was announced that there was five times (5 X's) the amount of heroin on the streets of Boston than any other City in America. Though Whitey Bulger was not running the streets, it raised the curtain and puts in perspective the drug habits of the City and the money involved.

Catherine Greig and Whitey Bulger reported that X-Senate Pres. Billy Bulger could post her bail. A third Bulger brother, John Bulger, managed Whitey Bulger's Florida financial illegal schemes.

Greig admitted that she made all the purchases, shopped, and payed all bills, in cash or bought money orders, while on the 16 yr. run. Catherine Greig was the mule or runner. She knows where that money is. She knows who has that money.

The fact that Catherine Greig harbored fugitive, Whitey Bulger, and sheltered Bulger from arrest proves her deep seated criminal intent and is not an expression of "love," but an expression of Grieg's deep moral corruption which never wavered in 16 years.

Catherine Greig has not lived crime free for her adult life. She is a tough, smart, vicious, woman who has dealt exclusively with society's criminal element, and abusive, murdering, psychotic, men and women all her life and always outsmarts them and comes out on top. By her sister's admission, Greig spends her time stewing over the N.Y. mafia wives Reality T.V. show.

She outed Whitey before and is the only one who hasn't cooperated because she knows that money is hers.

Properly motivated, by a sentence add on of another 10 years, Catherine Greig will cooperate with the government.

As it stands now, Greig does not regret the 16 years she aided and abetted America's most wanted criminal. 'Nuff said.

In the interest of justice, she defied the courts after a life time of profiting from the most extreme crimes. She deserves another decade on her sentence.